An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

HARRAH'S ENTERTAINMENT, INC.
GROUP; CAESAR'S TAHOE; CASCATA
GOLF, (CAESAR'S ENT., GOLF, INC.);
PPE GOLF; CORNER
INVESTMENT/BILL'S GAMBLING
HALL; DESERT PALACE, INC.;
FLAMINGO HILTON LAUGHLIN;
FLAMINGO LV OPERATING;
HARRAH'S IMPERIAL PALACE;
HARRAH'S LAUGHLIN; HARRAH'S
OPERATING CO. - RENO; HARRAH'S
OPERATING CO. - LAS VEGAS;
HARRAH'S OPERATING CO. - TAHOE;
HARVEY'S TAHOE MANAGEMENT
CO.; LVH CORP./LAS VEGAS HILTON;
PARBALL-BALLY'S - PARIS;
PARBALL-FLAMINGO, LAS VEGAS;
RENO HILTON RESORT; RIO
DEVELOPMENT CO.; AND RIO
PROPERTIES,
Appellant/Cross-Respondent,
vs.
THE STATE OF NEVADA EX REL.;
NEVADA TAX COMMISSION; NEVADA
DEPARTMENT OF TAXATION,
AGENCIES OF THE STATE OF
NEVADA;
Respondent/Cross-Appellants
and
DOUGLAS COUNTY; AND CITY OF
HENDERSON, POLITICAL SUB-
DIVISIONS OF THE STATE OF
NEVADA,
Respondents.

No. 63155

**FILED**

SEP 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant Harrah's Entertainment and its affiliated entities filed a motion to dismiss this appeal and cross-appeal as to all parties,

Supreme Court
OF
Nevada

(O) 1947A

13-27117

arguing that the parties have reached a settlement that resolves this matter in its entirety. Respondent City of Henderson has joined in this motion. Attached to appellant's motion is a stipulation to withdraw the appeal and cross-appeal, which was executed by all of the parties to this matter except for respondents/cross-appellants Nevada Tax Commission and Nevada Department of Taxation. In light of the stipulation between appellant and respondents Douglas County and the City of Henderson, we grant appellant's motion and dismiss this appeal as to those parties, with the parties to bear their own fees and costs.

While the Nevada Tax Commission and Department of Taxation did not sign this stipulation, appellant asserts that these parties signed the settlement agreement underlying the stipulation and a copy of the signed settlement agreement has been attached to appellant's motion to dismiss. Moreover, the time for opposing appellant's motion to dismiss has passed and the Nevada Tax Commission and Department of Taxation have not opposed that motion. We therefore grant appellant's motion and dismiss the appeal and cross-appeal as to appellant and respondent/cross-appellants Nevada Tax Commission and Department of Taxation. In light of the foregoing, this matter is hereby dismissed in its entirety.

It is so ORDERED.

_____, J.
Gibbons

_____, J.        _____, J.
Douglas                                             Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

cc:    Hon. James Todd Russell, District Judge
Norman J. Azevedo
Henderson City Attorney
Douglas County District Attorney/Minden
Attorney General/Las Vegas
Carson City Clerk